■ DAVID STEPHAN, Appellant, v LIBERTY MUTUAL FIRE INSURANCE COMPANY et al., Respondents. [922 NYS2d 219]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 15, 2010. The order granted defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.